# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JEFFERY GESKE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-729

————————————————

September 1, 2023

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen, PA, Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

　　　　Affirmed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.